United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SONA TAHERY, § § Petitioner, § § VS. § WARDEN, EL VALLE DETENTION CENTER, *et al.*, § § Respondents. § | CIVIL ACTION NO. 1:26-CV-108 |

## ORDER

Petitioner Sona Tahery is currently detained by Immigration and Customs Enforcement at the El Valle Detention Facility in Willacy County, Texas. On February 2, 2026, Petitioner filed a petition for writ of habeas corpus and requested emergency injunctive relief including her immediate release and an individualized determination for bond or parole. (Pet., Doc. 1) Respondents oppose the requested relief and move to dismiss the Petition. (Mot. to Dismiss, Doc. 6)

On March 11, 2026, the Court held a hearing and heard the arguments of counsel.

For the reasons indicated during the hearing, it is:

**ORDERED** that Respondents' Motion to Dismiss (Doc. 6) is **GRANTED**; and

**ORDERED** that Petitioner Sona Tahery's Petition for Writ of Habeas Corpus (Under 28 U.S.C. § 2241) (Doc. 1) is **DENIED**.

This is a final and appealable Order.

The Clerk of Court is directed to close this matter.

Signed on March 11, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge